```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Carpentier Construction, LLC

       v.                                          Case No. 22-cv-557-LM

Shawn Allyn et al

## JUDGMENT

In accordance with the following, judgment is hereby entered:

    (1)   Order by Chief Judge Landya B. McCafferty dated February 9, 2024;

    (2)   Stipulation of Dismissal dated July 12, 2024; and

    (3)   Stipulation of Dismissal dated August 2, 2024.

                                                        By the Court:

                                                        /s/ Daniel J. Lynch
                                                        Daniel J. Lynch
                                                        Clerk of Court

Date: August 20, 2024


cc: Counsel of Record